**Order entered February 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00567-CR

**DERIC WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1213693-L**

## ORDER

The Court **GRANTS** appellant's January 30, 2015 motion to extend time to file his brief.

We **ORDER** the appellant's brief received on January 30, 2015 filed as of the date of this order.

/s/     ADA BROWN
           JUSTICE